# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**PRETIA A. ROZIER,**

    *Plaintiff*,

v.                              Case No.: 4:21cv250-MW/MAF

**DEBRA HUNTER, HOUSING AUTHORITY OF BREVARD COUNTY,**

    *Defendant*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections, ECF No. 5. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 4, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. This case shall be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Orlando Division. The Clerk shall take all step necessary to effect the

transfer and close the file.

**SO ORDERED on July 13, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**